# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Tadeusz Konopka            :       Chapter 13

                                     :

Debtor.                         :       Case No.:  5:16-bk-03111

## CERTIFICATION OF NO OBJECTION

AND NOW,  this 9th day of January, 2017, Jason M. Rapa, Esquire, of Rapa Law Office, P.C., attorney for the above-captioned Debtor, herby certifies that no unresolved objection was filed or served on him with respect to the Notice dated November 17, 2016 of the filing of the filing of the Objection to Claim Number 3 of American Express

Dated: January 9, 2017

                                         Rapa Law Office, P.C.

             By:     /s/ Jason M. Rapa, Esquire_____

                                           Jason M. Rapa, Esquire

                                           Attorney ID 89419

                                           141 South 1st Street

                                           Lehighton, PA 18235

                                           (610) 377-7730 phone

                                           (610) 377-7731 fax