In re:                                                              Case No. 16-03111-JJT
Tadeusz Konopka                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman          Page 1 of 1          Date Rcvd: Jan 11, 2017
                             Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db         +Tadeusz Konopka,    130 Broad Mt View,    Jim Thorpe, PA 18229-9580
4843457     American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Jason M Rapa    on behalf of Debtor Tadeusz  Konopka jrapa@rapalegal.com,
           ssprouse@rapalegal.com;mhine@rapalegal.com
          Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@goldbecklaw.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                          :        Chapter 13
    Tadeusz Konopka,         :
            Debtor.   :        Case No.:  5:16-03111

Tadeusz Konopka               :
          Objector(s),    :
                      :
        v.              :
                      :
American Express Bank, FSB     :
                Respondent.

**ORDER**

    AND NOW, this 11th     day of January     , 2017, upon consideration of the

Objection to Proof of Claim Number Three (3) American Express Bank, FSB and after Notice

and opportunity for hearing.

    IT IS HEREBY ORDERED that the Proof of Claim Number Three (3) filed by American

Express Bank, FSB, shall be and hereby disallowed.

**By the Court,**

_____
John J. Thomas, Bankruptcy Judge
(PJR)

Dated: January 11, 2017