UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Tadeusz Konopka : Chapter 13
:
Debtor. : Case No.: 5:16-bk-03111

## CERTIFICATION OF NO OBJECTION

AND NOW, this 6th day of February, 2017, Jason M. Rapa, Esquire, of Rapa Law Office, P.C., attorney for the above-captioned Debtor, herby certifies that no unresolved objection was filed or served on him with respect to the Notice dated December 13, 2016 of the filing of the filing of the Objection to Claim Number 9 of LVNV Funding.

Dated: February 6, 2017　　　　　　　　　　Rapa Law Office, P.C.
　　　　　　　　　　　　　　　　By:　/s/ Jason M. Rapa, Esquire_____
　　　　　　　　　　　　　　　　　　　Jason M. Rapa, Esquire
　　　　　　　　　　　　　　　　　　　Attorney ID 89419
　　　　　　　　　　　　　　　　　　　141 South 1st Street
　　　　　　　　　　　　　　　　　　　Lehighton, PA 18235
　　　　　　　　　　　　　　　　　　　(610) 377-7730 phone
　　　　　　　　　　　　　　　　　　　(610) 377-7731 fax