# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Tadeusz Konopka : Chapter 13
:
Debtor. : Case No.: 5:16-bk-03111

## CERTIFICATION OF NO OBJECTION

AND NOW, this 6th day of February, 2017, Jason M. Rapa, Esquire, of Rapa Law Office, P.C., attorney for the above-captioned Debtor, herby certifies that no unresolved objection was filed or served on him with respect to the Notice dated December 13, 2016 of the filing of the filing of the Objection to Claim Number 10 of PYOD, LLC

Dated: February 6, 2017          Rapa Law Office, P.C.
                        By:      /s/ Jason M. Rapa, Esquire_____
                                 Jason M. Rapa, Esquire
                                 Attorney ID 89419
                                 141 South 1st Street
                                 Lehighton, PA 18235
                                 (610) 377-7730 phone
                                 (610) 377-7731 fax