UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Tadeusz Konopka | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No.: 5:16-bk-03111 |

## CERTIFICATION OF NO OBJECTION

AND NOW, this 6th day of February, 2017, Jason M. Rapa, Esquire, of Rapa Law Office, P.C., attorney for the above-captioned Debtor, herby certifies that no unresolved objection was filed or served on him with respect to the Notice dated December 13, 2016 of the filing of the filing of the Objection to Claim Number 11 of CAVALRY SPV, LLC

Dated: February 6, 2017              Rapa Law Office, P.C.
                              By:    /s/ Jason M. Rapa, Esquire_____
                                     Jason M. Rapa, Esquire
                                     Attorney ID 89419
                                     141 South 1st Street
                                     Lehighton, PA 18235
                                     (610) 377-7730 phone
                                     (610) 377-7731 fax