```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                          Case No. 16-03111-JJT
Tadeusz Konopka                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: REshelman       Page 1 of 1           Date Rcvd: Feb 07, 2017
                          Form ID: pdf010       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
db             +Tadeusz Konopka,    130 Broad Mt View,    Jim Thorpe, PA 18229-9580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4862278        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2017 18:51:12
                LVNV Funding, LLC its successors and assigns as,   assignee of Arrow Financial Services,,
                LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jason M Rapa   on behalf of Debtor Tadeusz  Konopka jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Tadeusz Konopka, | : | |
| Debtor. | : | Case No.: 5-16-bk-03111 |

| | | |
|---|---|---|
| Tadeusz Konopka | : | |
| Objector(s), | : | |
| | : | |
| v. | : | |
| | : | |
| LVNV Funding, LLC | : | |
| Respondent. | : | |

**ORDER**

AND NOW, this 7th day of February, 2017, upon consideration of the Objection to Proof of Claim Number NINE (9), filed by LVNV Funding, LLC and after Notice and opportunity for hearing.

IT IS HEREBY ORDERED that the Proof of Claim Number NINE (9) filed by LVNV Funding, LLC shall be and hereby disallowed.

Dated: February 7, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(PJR)