In re:                                                                    Case No. 16-03111-JJT
Tadeusz Konopka                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: REshelman        Page 1 of 1          Date Rcvd: Feb 07, 2017
                             Form ID: pdf010         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
db             +Tadeusz Konopka,    130 Broad Mt View,    Jim Thorpe, PA 18229-9580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4862873        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2017 18:51:12
                PYOD, LLC its successors and assigns as assignee,    of Plains Commerce Bank,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                        TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          James  Warmbrodt   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          Jason M Rapa   on behalf of Debtor Tadeusz  Konopka jrapa@rapalegal.com,
           ssprouse@rapalegal.com;mhine@rapalegal.com
          Joshua I Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas I Puleo   on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     Tadeusz Konopka, | : | |
|         Debtor. | : | Case No.:  5-16-bk-03111 |

| | | |
|---|---|---|
| Tadeusz Konopka | : | |
|     Objector(s), | : | |
| | : | |
|       v. | : | |
| | : | |
| PYOD, LLC, et al. | : | |
|     Respondent. | : | |

**ORDER**

AND NOW, this 7th       day of February , 2017, upon consideration of the

Objection to Proof of Claim Number Ten (10), filed by PYOD, LLC et al., and after Notice and

opportunity for hearing.

IT IS HEREBY ORDERED that the Proof of Claim Number Ten (10) filed by PYOD,

LLC et al, shall be and hereby disallowed.

**By the Court,**

Dated: February 7, 2017

John J. Thomas, Bankruptcy Judge

(PJR)