```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 16-03111-JJT
Tadeusz Konopka                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5         User: REshelman         Page 1 of 1          Date Rcvd: Feb 07, 2017
                             Form ID: pdf010         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
db             +Tadeusz Konopka,    130 Broad Mt View,    Jim Thorpe, PA 18229-9580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4862876        +E-mail/Text: bankruptcy@cavps.com Feb 07 2017 18:52:05      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
                                                                                                TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor Tadeusz  Konopka jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Tadeusz Konopka, | : | |
| Debtor. | : | Case No.: 5-16-bk-03111 |

| | | |
|---|---|---|
| Tadeusz Konopka | : | |
| Objector(s), | : | |
| | : | |
| v. | : | |
| | : | |
| Cavalry SPV I, LLC | : | |
| Respondent. | : | |

**ORDER**

AND NOW, this 7th day of February, 2017, upon consideration of the Objection to Proof of Claim Number Eleven (11), filed by Cavalry SPV I, LLC and after Notice and opportunity for hearing.

IT IS HEREBY ORDERED that the Proof of Claim Number Eleven (11) filed by Cavalry SPV I, LLC shall be and hereby disallowed.

By the Court,

John J. Thomas, Bankruptcy Judge
(PJR)

Dated: February 7, 2017