UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  TADEUSZ KONOPKA        :   CHAPTER 13
        Debtor                    :
                                  :
      CHARLES J. DEHART, III            :
      STANDING CHAPTER 13 TRUSTEE   :
                                  :
         vs.                       :
                                  :
      TADEUSZ KONOPKA              :
        Respondent                :   CASE NO.  5-16-bk-03111

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this   3rd   day of March, 2017, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about February 1, 2017 be withdrawn, as all issues have been resolved.

                              Respectfully submitted:

                              /s/Charles J. DeHart, III
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              iHummelstown, PA 17036
                              (717) 566-6097

CERTIFICATE OF SERVICE

        AND NOW, this   3rd   day of March, 2017, I hereby certify that I have served
the within Objection by electronically notifying parties or by depositing a true and correct copy
of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class
mail, addressed to the following:

Jason M. Rapa, Esquire
141 S. 1st Street
Lehighton, PA   18235

                              /s/Deborah A. Behney
                              Office of Charles J. DeHart, III
                              Standing Chapter 13 Trustee