```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 16-03111-JJT
Tadeusz Konopka                                                 Chapter 13
        Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-5       User: REshelman         Page 1 of 1         Date Rcvd: Aug 02, 2017
                           Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 04, 2017.
db             +Tadeusz Konopka,    130 Broad Mt View,    Jim Thorpe, PA 18229-9580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 2, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              James    Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor Tadeusz  Konopka jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tadeusz Konopka<br>　　　　　Debtor | Chapter 13 |
| BANK OF AMERICA, N.A.<br>　　　　v.<br>Tadeusz Konopka<br>　　　and<br>Charles J. DeHart III<br>　　　　　Trustee | NO. 16-03111 JJT |

### ORDER

　　Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties filed on May 2, 2017, it is ORDERED AND DECREED that:

　　The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Act of 2005 (The Code), 11 U.S.C. Section 362, is modified to allow BANK OF AMERICA, N.A. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 130 Broad Mountain View Drive f/k/a 168 Broad Mountain View Drive Jim Thorpe, PA 18229-9580.

　　The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　Dated: August 2, 2017

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(RPR)