```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
In re:                                                              Case No. 16-03111-JJT
Tadeusz Konopka                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman           Page 1 of 1          Date Rcvd: Oct 19, 2017
                              Form ID: ordsmiss         Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2017.
```
db              +Tadeusz Konopka,    130 Broad Mt View,    Jim Thorpe, PA 18229-9580
4816595         +KML Law Group,    Suite 5000,    701 Market St.,,    Philadelphia, PA 19106-1541
4816597         +PPL Electric Utilities,    PO Box 9001845,    Louisville, KY 40290-1845
4816596         +Pennsylvania Housing Finance,    211 North Front St,    Po Box 15206,    Harrisburg, PA 17105-5206
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4843457          EDI: BECKLEE.COM Oct 19 2017 19:08:00      American Express Bank FSB,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern  PA 19355-0701
4843458          EDI: BECKLEE.COM Oct 19 2017 19:08:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
4819339          EDI: AIS.COM Oct 19 2017 19:08:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
4816594         +EDI: BANKAMER.COM Oct 19 2017 19:08:00      BAC Home Loans,    PO Box 31785,
                 Tampa, FL 33631-3785
4848977          EDI: BANKAMER.COM Oct 19 2017 19:08:00      BANK OF AMERICA, N.A.,    Bank of America,
                 PO BOX 31785,    Tampa FL 33631-3785
4862876         +E-mail/Text: bankruptcy@cavps.com Oct 19 2017 19:08:25      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4862278          EDI: RESURGENT.COM Oct 19 2017 19:08:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
4825708          E-mail/Text: blegal@phfa.org Oct 19 2017 19:08:18      PHFA/HEMAP,    211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
4862873         +EDI: RESURGENT.COM Oct 19 2017 19:08:00      PYOD, LLC its successors and assigns as assignee,
                 of Plains Commerce Bank,    Resurgent Capital Services,    PO Box 19008,
                 Greenville, SC 29602-9008
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4850821         PPL Electric Utilities, 827 Hausman Road, Allentow
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 1 Tadeusz  Konopka jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Tadeusz Konopka<br>**Debtor(s)** | Chapter 13<br>Case No. 5:16−bk−03111−JJT |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: October 19, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: REshelman, Deputy Clerk